1  Joshua B. Swigart, Esq. (SBN: 225557)
   josh@westcoastlitigation.com
2  Robert L. Hyde, Esq. (SBN: 227183)
   bob@westcoastlitigation.com
3  **HYDE & SWIGART**
4  411 Camino Del Rio South, Suite 301
5  San Diego, CA 92108-3551
   Telephone: (619) 233-7770
6  Facsimile:  (619) 297-1022
7
   Attorneys for Plaintiff
8  Kevin Lemieux

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| KEVIN LEMIEUX, | Case No.: 08 CV 0366 JSL POR |
| --- | --- |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| v. | **JURY TRIAL DEMANDED** |
| ROSEN & LOEB, | |
| Defendant. | |

1  JOSHUA B. SWIGART, ESQ. (SBN 225557)
   **HYDE & SWIGART**
2  411 CAMINO DEL RIO SOUTH, SUITE 301
   SAN DIEGO, CA 92108
3  Phone: 619-233-7770

4  Attorney for Plaintiff, KEVIN LEMIEUX

5

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 KEVIN LEMIEUX                    ) Case No.: 08CV0366JSL POR
                                    )
12         Plaintiff,               ) PROOF OF SERVICE
                                    )
13     vs.                          )
                                    )
14 ROSEN & LOEB                     )
                                    )
15         Defendant.               )
                                    )
16 _____

17     I, Jose Salas, declare as follows:

18     I am over the age of eighteen years and not a party to this

19 action. I am employed in the County of San Diego, California,

20 where the service occurred and my business address is 2250

21 Fourth Avenue, San Diego, CA 92101.

22     I served the following documents:

23     SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

24 //

25 //


PROOF OF SERVICE - 1

JOSHUA SWIGART, ESQ.SBN 225557
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770                Ref. No.        : 0303920-01
Attorney for : PLAINTIFF    Atty. File No.  : 08CV0366JSLPOR

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  | : KEVIN LEMIEUX | Case No.: 08 CV 0366 JSL POR |
| DEFENDANT  | : ROSEN & LOEB AND NORTH AMERICAN | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served    :   ROSEN & LOEB
                          AUTHORIZED AGENT FOR SERVICE: ALAN L. ROSEN
   b. Person served   :   MICHELLE ACOSTA, RECEPTIONIST
                          (PERSON APPARENTLY IN CHARGE)

4. Address where the party was served 16000 VENTURA BOULEVARD    SUITE 1150
                                      ENCINO, CA 91436    (Business)

5. I served the party
   b. **by substituted service.** On March 6, 2008 at 11:30 AM I left the documents listed in item 2
      with or in the presence of    MICHELLE ACOSTA, RECEPTIONIST,
                                    PERSON APPARENTLY IN CHARGE
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
          of the person to be served. I informed him or her of the general nature of the papers.
      (4) a **declaration of mailing** is attached.
      (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    ROSEN & LOEB
                       AUTHORIZED AGENT FOR SERVICE: ALAN L. ROSEN
      under [xx] CCP 415.95 (business org., form unknown)

7. **Person who served papers**
   a. JOSE SALAS                              d. Fee for service: $87.00
   b. KNOX ATTORNEY SERVICE, INC.             e. I am:
      2250 Fourth Avenue                         (3) a registered California process server
      San Diego, California 92101                    (i) an independent contractor
   c. 619-233-9700                                   (ii) Registration No.: 152
                                                     (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 11, 2008                Signature: _____
                                               JOSE SALAS

Jud. Coun. form, rule 982.9                        **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

JOSHUA SWIGART, ESQ.SBN 225557
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO  CA  92108
619-233-7770           Ref. No.        : 0303920-01
Attorney for : PLAINTIFF    Atty. File No.  : 08CV0366JSLPOR

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : KEVIN LEMIEUX | Case No.: 08 CV 0366 JSL POR |
| DEFENDANT | : ROSEN & LOEB AND NORTH AMERICAN | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 03/04/08. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served    ROSEN & LOEB
                AUTHORIZED AGENT FOR SERVICE: ALAN L. ROSEN

Business    :   16000 VENTURA BOULEVARD SUITE 1150, ENCINO  CA  91436

Attempts to effect service are as follows:

03/06/08 11:30A   Attempted service-effected substitute service

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 11, 2008              Signature: _____
                                             JOSE SALAS

Jud. Coun. form, rule 982.9              **DECLARATION RE DILIGENCE**

JOSHUA SWIGART, ESQ.SBN 225557
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770                    Ref. No.        : 0303920-01
Attorney for : PLAINTIFF        Atty. File No.  : 08CV0366JSLPOR

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : KEVIN LEMIEUX | Case No.: 08 CV 0366 JSL POR |
| DEFENDANT | : ROSEN & LOEB AND NORTH AMERICAN | **DECLARATION OF MAILING** |

RE: ROSEN & LOEB
AUTHORIZED AGENT FOR SERVICE: ALAN L. ROSEN

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action. My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On March 10, 2008 I served the within documents:

SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

ROSEN & LOEB
AUTHORIZED AGENT FOR SERVICE: ALAN L. ROSEN
16000 VENTURA BOULEVARD    SUITE 1150
ENCINO, CA  91436

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 10, 2008 at SAN DIEGO, California.

Signature: _____
KIMBERLY FOWLER

**DECLARATION OF MAILING**