1  Joshua B. Swigart, Esq. (SBN: 225557)
   josh@westcoastlitigation.com
2  Robert L. Hyde, Esq. (SBN: 227183)
   bob@westcoastlitigation.com
3  **HYDE & SWIGART**
4  411 Camino Del Rio South, Suite 301
   San Diego, CA 92108-3551
5  Telephone: (619) 233-7770
6  Facsimile: (619) 297-1022
7
   Attorneys for Plaintiff
8  Kevin Lemieux
9
10
11  **UNITED STATES DISTRICT COURT**
    **SOUTHERN DISTRICT OF CALIFORNIA**
12
13  KEVIN LEMIEUX,                           Case No.: 08 CV 0366 JSL POR
14                      Plaintiff,
15                                            **PROOF OF SERVICE**
    v.
16
17  ROSEN & LOEB,
18                      Defendant.
19
20
21
22
23
24
25
26
27
28

1  JOSHUA B. MERKEL, ESQ.

2  HYDE & SWIGART

3  411 CAMINO DEL RIO SOUTH, SUITE 301

4  SAN DIEGO, CA. 92108

5

6

7                    UNITED STATES DISTRICT COURT

8                    SOUTHERN JUDICIAL DISTRICT

9

10  KEVIN LEMIEUX,                    ) Case NO. 08 CV 0366 JSL POR
                                      )
11             PLAINTIFF,             ) PROOF OF SERVICE
                                      )
12      vs.                           )
                                      )
13  ROSEN & LOEB AND NORTH            )
    AMERICAN,                         )
14                                    )
                                      )
15             DEFENDANT,             )
    _____

16

17      I, JOSE SALAS, declare as follows:

18      I am over the age of eighteen years and not a party to this

19  action. I am employed in the County of San Diego, California,

20  where the service occurred and my business address is 2250

21  Fourth Avenue, San Diego, CA 92101.

22      I served the following documents:

23  SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

24  //

25  //

    //

                           PROOF OF SERVICE - 1

JOSHUA SWIGART, ESQ.SBN 225557
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO  CA  92108
619-233-7770                    Ref. No.        : 0303920-02
Attorney for : PLAINTIFF        Atty. File No.  : 08CV0366JSLPOR

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : KEVIN LEMIEUX | Case No.: 08 CV 0366 JSL POR |
| DEFENDANT | : ROSEN & LOEB AND NORTH AMERICAN | **PROOF OF SERVICE** |

1.    At the time of service I was at least 18 years of age and not a party to this action.

2.    I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3.    a. Party served      :      NORTH AMERICAN COLLECTORS, INC.
                                  AUTHORIZED AGENT FOR SERVICE: ALAN L. ROSEN
      b. Person served   :      MICHELLE ACOSTE, RECEPTIONIST
                                  (PERSON APPARENTLY IN CHARGE)

4.    Address where the party was served 16000 VENTURA BOULEVARD      SUITE 1150
                                  ENCINO, CA  91436      (Business)

5.    I served the party
      b. **by substituted service.** On March 6, 2008 at 11:30 AM I left the documents listed in item 2
         with or in the presence of    MICHELLE ACOSTE, RECEPTIONIST,
                                  PERSON APPARENTLY IN CHARGE
         (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
             of the person to be served. I informed him or her of the general nature of the papers.
         (4) a **declaration of mailing** is attached.
         (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6.    The "Notice to the person served" (on the summons) was completed as follows:
      c. on behalf of:              NORTH AMERICAN COLLECTORS, INC.
                                  AUTHORIZED AGENT FOR SERVICE: ALAN L. ROSEN
         under  [xx] CCP 416.10  (corporation)

7.    **Person who served papers**
      a. JOSE SALAS                              d. Fee for service: $88.50
      b. KNOX ATTORNEY SERVICE, INC.             e. I am:
         2250 Fourth Avenue                         (3) a registered California process server
         San Diego, California  92101                  (i)   an independent contractor
      c. 619-233-9700                                  (ii)  Registration No.: 152
                                                       (iii) County: San Diego

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 25, 2008                    Signature: _____
                                                        JOSE SALAS

Jud. Coun. form, rule 982.9                    **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

JOSHUA SWIGART, ESQ.SBN 225557
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770                      Ref. No.      : 0303920-02
Attorney for : PLAINTIFF          Atty. File No.  : 08CV0366JSLPOR

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF       : KEVIN LEMIEUX                              Case No.: 08 CV 0366 JSL POR
DEFENDANT    : ROSEN & LOEB AND NORTH AMERICAN     **DECLARATION REGARDING
                                                                        DILIGENCE**

I received the within process on 03/04/08.  After due and diligent effort I have been unable to effect personal service
on the within named party at the following address(es):

    Party served      NORTH AMERICAN COLLECTORS, INC.
                       AUTHORIZED AGENT FOR SERVICE: ALAN L. ROSEN

    Business    :    16000 VENTURA BOULEVARD SUITE 1150, ENCINO CA 91436


    Attempts to effect service are as follows:

    03/06/08 11:30A   Attempted service-effected substitute service


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Date:  March 25, 2008                     Signature: _____

                                                         JOSE SALAS

Jud. Coun. form, rule 982.9                   **DECLARATION RE DILIGENCE**

JOSHUA SWIGART, ESQ.SBN 225557
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO  CA  92108
619-233-7770                          Ref. No.        : 0303920-02
Attorney for :  PLAINTIFF            Atty. File No.   : 08CV0366JSLPOR

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : KEVIN LEMIEUX | Case No.: 08 CV 0366 JSL POR |
| DEFENDANT | : ROSEN & LOEB AND NORTH AMERICAN | **DECLARATION OF MAILING** |

RE:    NORTH AMERICAN COLLECTORS, INC.
        AUTHORIZED AGENT FOR SERVICE: ALAN L. ROSEN

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am
over 18 years of age and not a party to this action.  My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On March 10, 2008 I served the within documents:

        SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed
in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

        NORTH AMERICAN COLLECTORS, INC.
        AUTHORIZED AGENT FOR SERVICE: ALAN L. ROSEN
        16000 VENTURA BOULEVARD      SUITE 1150
        ENCINO, CA  91436

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 10, 2008 at SAN DIEGO, California.

Signature:  _____
                        KIMBERLY FOWLER

**DECLARATION OF MAILING**