```
1  Joshua B. Swigart, Esq. (SBN: 225557)
   josh@westcoastlitigation.com
2  Robert L. Hyde, Esq. (SBN: 227183)
   bob@westcoastlitigation.com
3  HYDE & SWIGART
4  411 Camino Del Rio South, Suite 301
   San Diego, CA 92108-3551
5  Telephone: (619) 233-7770
6  Facsimile:  (619) 297-1022
7
   Attorneys for Plaintiff
8  Kevin Lemieux
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEMIEUX,<br><br>            Plaintiff,<br>v.<br><br>ROSEN & LOEB,<br><br>            Defendant. | Case No.: 08 CV 0366 JLS POR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. Pro 41(a), Plaintiff voluntarily dismisses the above-captioned action with prejudice on the merits.

Dated:  June 2, 2008                          Respectfully submitted,

                                              **HYDE & SWIGART**


                                              _/S/ JOSHUA B. SWIGART_
                                              Joshua B. Swigart, Esq.
                                              Attorneys for Plaintiff